IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SIDNEY HOOTEN, individually and as an incapacitated person by and through his next friend Nicole Harris, )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv355-MHT |
| ) | (WO) |
| BRIAN KEITH BOYER, individually and as an employee of Arkansas State University and the State of Arkansas, et al., )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motions for extension of time (doc. nos. 50 and 51) are denied with leave to refile.

\*\*\*

This court has made clear that, "A request or motion for extension of a deadline in any court order ... must indicate that movant has, in a timely manner,

previously contacted counsel for all other parties; and ..., based on that contact, must state whether counsel for all other parties agree to or oppose the extension request or motion," and that, "A request or motion that fails to meet this requirement will be denied outright, unless the movant offers a credible explanation in the request or motion why this requirement has not been met."  Scheduling Order (doc. no. 13), § 15(B).  Movant here has failed to comply with these requirements.

    DONE, this the 11th day of May, 2015.

                                                  /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**